FILED
OCT 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST DIXON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08 1855 |
| GREAT ATLANTIC REALTOR OFFICE, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

Plaintiff "is suing Great Atlantic Realtor Office . . . for all [his] earnings from [his] apartments and the monies that they use of [his]." Compl. at 1. He demands "$500,000,000,000.00 for punitive damages" and the firing of a desk clerk. *Id.*

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Here, the complaint fails to contain a short and plain statement showing that plaintiff is

entitled to relief. Because the complaint fails to comply with Rule 8(a), the Court will dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

/s/ Rosemary M. Collyer
United States District Judge

Date: 9/22/08